Case 18-41472   Doc 25   Filed 08/30/19   Entered 08/30/19 10:55:23   Desc Main
From:                          Document          Page 1 of 1 07/10/2019 12:13 #003 P .002/002

2019-05-29 12:15                    CHAPTER 13 TRUSTEE 15087557791 >>                    P 2/2

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | ) |
| Christian C. Agunwamba | ) |
|  | ) |
|  | ) Chapter 13 |
| Debtor. | ) Case No. 18-41472-EDK |
|  | ) |

### MODIFICATION OF FIRST AMENDED CHAPTER 13 PLAN PRIOR TO CONFIRMATION

The Debtor hereby modifies the Chapter 13 Plan previously filed in this case as follows:

___Unsecured dividend changed from____% to____%.

_X_ Plan payments are changed from $509.00 to $516.00 each month.

___The term of the plan is____ months.

_X_ The treatment of claims shall be changed as follows:

1. Trustee's recalculation to provide for the secured prepetition arrears of Wells Fargo Home Mortgage in the amount of $27,835.71, per the proof of claim filed on October 8, 2018.

Notices to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

Dated: ___7/10/19___

_____

Debtor (s)

_____
Attorney for Debtor(s)

_____
Attorney for Chapter 13 Trustee