# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Christian C. Agunwamba<br><br>Debtor | Chapter 13<br>Case No. 18-41472-EDK |

### NOTICE OF PROPOSED ORDER OF CONFIRMATION

NOW COMES Denise M. Pappalardo, the Chapter 13 Trustee, and hereby files a proposed Order Confirming Chapter 13 Plan for the plan filed on September 28, 2018.

DATED:  August 30, 2019

Respectfully submitted,
Standing Chapter 13 Trustee

By:  /s/ Denise M. Pappalardo
Denise M. Pappalardo, BBO #553293
denisepappalardo@ch13worc.com
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA  01601
(508) 791-3300

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Notice, proposed Order Confirming Chapter 13 Plan, and Modification of Plan Prior to Confirmation, if any, were served by first class mail, postage prepaid and/or electronically to the Debtor, Debtor's counsel of record, and all other interested parties who have filed a notice of appearance.

Dated: August 30, 2019

By: /s/ Denise M. Pappalardo-bg
Denise M. Pappalardo, BBO # 553293
denisepappalardo@ch13worc.com
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA  01601
(508) 791-3300

## SERVICE LIST

Christian C. Agunwamba
3 Jasmine Drive
Worcester, MA 01605

George N. Piandes, Esq. -Attorney for Debtor

Orlans, PC
Attorneys for Wells Fargo Bank, N.A.
P.O. Box 540540
Waltham, MA 02454

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>Christian C. Agunwamba<br><br>Debtor | )<br>)<br>)<br>) Chapter 13<br>) Case No. 18-41472-EDK<br>)<br>)<br>) |

**ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN**

The debtor filed a First Amended Chapter 13 Plan (the "Plan") on September 28, 2018. The debtor filed a Certificate of Service on September 28, 2018 reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is 60 months.

2. The Debtor shall commence plan payments on September 10, 2018 as follows:

   $516.00 per month for 60 months

3. Payments shall be made electronically through TFS/ePay or by Money Order or Bank Treasurer's check (personal checks will not be accepted) and made payable to and forwarded to:

**Denise M. Pappalardo, Chapter 13 Trustee**
**P.O. Box 16607**
**Worcester, MA 01601**

4. The effective date of confirmation of the Plan is September 10, 2018. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the Plan for treatment of their particular claims and other significant provisions of the Plan.

5. Unless the Court orders otherwise, all property of the estate as defined in 11 U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtor as set forth in Section 9 of the Summary. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The debtor shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the Court. The debtor shall be responsible for preserving and protecting property of the estate.

6.The debtor shall promptly inform the Trustee of any material increase in income and/or any acquisition of assets during the term of the case. The Trustee may move to modify the Plan pursuant to 11 U.S.C. §1329 if it is determined that any change in income or assets may be available to increase the dividend to creditors. The foregoing is in addition to any obligation of the debtor to file amended schedules in the event of any such increase.

Date: _____

_____
United States Bankruptcy Judge

# SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

1. **Unmodified Secured Claims**

Wells Fargo Home Mortgage (the "First Mortgagee") will retain its lien on the property located at 3 Jasmine Drive, Worcester, Massachusetts. The Debtor shall continue to make regular monthly payments in accordance with the contract with the First Mortgagee. The First Mortgagee will be paid its prepetition arrearage in the sum of $27,835.71 over 60 months at the amount of $463.92 each month.

2. **Modified Secured Claims** -None.

3. **Liens Avoided under Sec. 522(f)** -None.

4. **Surrender of Collateral** -None.

5. **Priority Claims**

| Creditor | Claim | Term |
|---|---|---|
| None | | |

6. **Administrative Claims**

| Creditor | Claim | Term |
|---|---|---|
| None | | |

7. **Unsecured Claims**

The Plan provides for a 0% dividend payment to unsecured creditors in the amount of $13,475.00.

8. **Executory Contracts** -None.

9. **Vesting of Property of the Estate**

If the Debtor receives a discharge, property of the estate will vest in the Debtor upon the entry of the discharge. If the debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

10. **Nonstandard Provisions** -None.