# District of Massachusetts
# Claims Register

### 18-41472 Christian C. Agunwamba

**Judge:** Elizabeth D. Katz  **Chapter:** 13
**Office:** Worcester  **Last Date to file claims:**
**Trustee:** Denise M. Pappalardo  **Last Date to file (Govt):**

| Creditor: (20203013)<br>SLM BANK<br>C/O NAVIENT SOLUTIONS,LLC<br>PO BOX 9640<br>WILKES BARRE, PA 18773-9640 | **Claim No: 1**<br>*Original Filed Date*: 09/13/2018<br>*Original Entered Date*: 09/13/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

| Amount claimed: $11993.18 |

*History:*
| Details | 1-1 | 09/13/2018 | Claim #1 filed by SLM BANK, Amount claimed: $11993.18 (ADI) |

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):6594

| Creditor: (20208521)<br>Mass.Dept of Revenue<br>Attn:Bankruptcy Unit<br>PO BOX 9564<br>BOSTON MA 02114-9564 | **Claim No: 2**<br>*Original Filed Date*: 09/25/2018<br>*Original Entered Date*: 09/25/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Julius K. Kamau<br>*Modified:* 09/26/2018 |
|---|---|---|

| Amount claimed: $7609.10 |
| Priority claimed: $5609.10 |

*History:*
| Details | 2-1 | 09/25/2018 | Claim #2 filed by Mass.Dept of Revenue, Amount claimed: $7609.10 (Kamau, Julius ) |
| | 18 | 09/26/2018 | Notice of Withdrawal of Claim 2 By MDOR (Kamau, Julius) |

*Description:* (2-1) Taxes
*Remarks:* (2-1) WITHDRAWN 9/26/2018

| Creditor: (20214626)<br>Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 3**<br>*Original Filed Date*: 10/05/2018<br>*Original Entered Date*: 10/05/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

| Amount claimed: $760.88 |

*History:*
| Details | 3-1 | 10/05/2018 | Claim #3 filed by Verizon by American InfoSource as agent, Amount claimed: $760.88 (ADI) |

| | |
|---|---|
| *Description:* | |
| *Remarks:* (3-1) Account Number (last 4 digits):0001 | |

| Creditor: (20214626)<br>Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 4**<br>*Original Filed Date*: 10/05/2018<br>*Original Entered Date*: 10/05/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $588.48 | |
|---|---|---|---|

| *History:* | | | |
|---|---|---|---|
| [Details](#) | [4-1](#) | 10/05/2018 | Claim #4 filed by Verizon by American InfoSource as agent, Amount claimed: $588.48 (ADI) |

| *Description:* |
|---|
| *Remarks:* (4-1) Account Number (last 4 digits):0282 |

| Creditor: (20215603)<br>Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | **Claim No: 5**<br>*Original Filed Date*: 10/08/2018<br>*Original Entered Date*: 10/08/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael E. Swain<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $174218.14 |
|---|---|---|
| Secured | claimed: | $174218.14 |

| *History:* | | | |
|---|---|---|---|
| [Details](#) | [5-1](#) | 10/08/2018 | Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $174218.14 (Swain, Michael ) |
| | doc | 03/29/2019 | Notice of Mortgage Payment Change, Re claim #5 with certificate of service. (webclaimusr) |

| *Description:* (5-1) 3 Jasmine Drive, Worcester, MA 01605 |
|---|
| *Remarks:* |

## Claims Register Summary

**Case Name:** Christian C. Agunwamba
**Case Number:** 18-41472
**Chapter:** 13
**Date Filed:** 08/07/2018
**Total Number Of Claims:** 5

| Total Amount Claimed* | $195169.78 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $174218.14 |  |
| **Priority** | $5609.10 |  |
| **Administrative** |  |  |