# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| In re | ) ) ) | |
|     CHRISTIAN C. AGUNWAMBA,<br>                      Debtor. | ) ) ) ) | Chapter 13<br>Case No. 18-41472-EDK |

## MOTION OF CHAPTER 13 TRUSTEE
## FOR ORDER DISMISSING CASE
## NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On August 7, 2018, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On September 7, 2018, the Trustee convened and presided at a §341 meeting of creditors.

3. Upon recommendation of the Trustee, this Court entered an Order confirming the Debtor's Plan.

4. Upon information and belief, the Debtor passed away on December 21, 2020. To date, no notice of death, authorization by a personal representative, or motion to continue administration of the case[1] has been filed as set forth in MBLR 1016-1. Thus, the case should be dismissed pursuant to 11 U.S.C. §1307( c).

---

[1] The Debtor completed all the payments under the Plan.

**5. Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).**

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

                                                Respectfully submitted,

                                                Office of the Chapter 13 Trustee

Dated: September 14, 2023          /s/ Joanne Psilos
                                                David A. Mawhinney, Trustee BBO # 681737
                                                Joanne Psilos, Staff Attorney BBO #556997
                                                P.O. Box 964
                                                Worcester, MA 01613
                                                (508) 791-3300
                                                davidmawhinney@ch13worc.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid.

| | |
|---|---|
| Dated: <u>September 14, 2023</u> | <u>/s/ Joanne Psilos</u><br>David A. Mawhinney, Trustee BBO #681737<br>Joanne Psilos, Staff Attorney BBO #556997<br>P.O. Box 964<br>Worcester, MA 01613<br>(508) 791-3300<br>davidmawhinney@ch13worc.com |

## SERVICE LIST

Christian C. Agunwamba
3 Jasmine Drive
Worcester, MA 01605

George N. Piandes, Esquire
873 Waverly Street
Framingham, MA 01702

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re<br><br>　　　CHRISTIAN C. AGUNWAMBA,<br>　　　　　　　　　　　　Debtor. | )<br>)<br>)<br>)　Chapter 13<br>)　Case No. 18-41472-EDK<br>)<br>) |

**ORDER DISMISSING CASE**

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Dated: _____