UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
|    Christian C. Agunwamba | ) | Case No. 18-41472-EDK |
|    Debtor | ) | |

### NOTICE OF DEATH OF DEBTOR

Notice is hereby given that the Debtor, Christian C. Agunwamba passed away on December 21, 2020.

The Debtor is survived by his wife, Nkeonyere Nnaalu (nee) Onwukwe. There is no personal representative as of this date.

Dated: November 25, 2023

/s/ George N. Piandes
George N. Piandes, Esq. BBO#640802
Hines Law Offices
873 Waverly Street
Framingham, MA 01702
Tel. (508) 872-8000
George@Gnplawfirm.com
November 25, 2023

## CERTIFICATE OF SERVICE

I, George N. Piandes, do hereby certify that I have served a true copy of the foregoing Notice of Death Of Debtor this date to the following parties electronically and/or via first class mail listed on the attached page(s):

/s/ George N. Piandes
George N. Piandes, Esq. BBO#640802
Hines Law Offices
873 Waverly Street
Framingham, MA 01702
Tel. (508) 872-8000
George@Gnplawfirm.com
November 25, 2023

| | | |
|---|---|---|
| Worcester<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608-2060 | | I C System Inc<br>444 Highway 96 East<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Mass.Dept of Revenue<br>Attn:Bankruptcy Unit<br>PO BOX 9564<br>BOSTON MA 02114-9564 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773-9000 | Orlans PC<br>PO Box 540540<br>Waltham, MA 02454-0540 |
| SLM BANK<br>C/O NAVIENT SOLUTIONS,LLC<br>PO BOX 9640<br>WILKES BARRE, PA 18773-9640 | U.S. Bank Trust National Association et al<br>c/o SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Bank Trust, et al<br>c/o SN Servicing Corp.<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Christian C. Agunwamba<br>3 Jasmine Drive<br>Worcester, MA 01605-4000 |
| Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601-6607 | George N. Piandes<br>Hines Law Offices<br>873 Waverly Street<br>Framingham, MA 01702-6812 | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |