UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

Chapter 13

Case No: 18-41472-EDK

RE: Reverend. Prof. Christian C. Agunwamba

Motion to Express Gratitude and Intentions

To the honorable Judge Elizabeth D. Katz United States Bankruptcy Judge:

I hope this message finds you well. My children and I want to extend our deepest gratitude to you, Judge Elizabeth D. Katz, the court, the trustees, our lawyer, and everyone involved for your support and understanding throughout this long stressful and challenging journey.

We had hoped to express our appreciation in person but are grateful for the opportunity to attend the hearing. Thank you for taking the time to review the case.

The family's primary concern is to avoid any further legal proceedings. After spending several years in an out of the hospital and nursing home taking care of my husband with the assistance of my kids, taking turns to ensure someone was always at his bedside 24/7, to assist with the best possible care. With the exception of his last days during COVID, we had very limited visitation. However, when he passed, we were allowed to see him and stay as long as we wanted. This is still very painful. With all the legal procedures, none of us have been able to grieve properly for him. There's been so much stress since my husband, my children's father's passing.

As we navigate the final stage, we wanted to seek your guidance on the possible options should the mortgage be discharged, and our options if it is not discharged. Please, I want to plead to the court if it is possible to please forgive the loans. My children and I are also open to maintaining the current loan with its existing rate and payments. We want my name added on the mortgage, without any further legal proceedings. We want to avoid a Refi.

We would appreciate any insights or advice you may offer. We understand the demands on your time and we are very grateful for granting us this opportunity.

Thank you once again for your time, understanding, and consideration.

God bless you

Thank you

*Nkeonyere Agunwamba*

Nkeonyere Agunwamba
Dated: 12/12/2023