## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
|    Christian C. Agunwamba | ) | Case No. 18-41472-EDK |
|    Debtor | ) | |

### CERTIFICATION BY DEBTOR'S COUNSEL

I hereby certify that I have not been authorized to act on behalf of the estate of the deceased Debtor and to my knowledge no probate filing has been made as of this date.

.

Dated: January 4, 2024

                                         /s/ George N. Piandes
                                         George N. Piandes, Esq. BBO#640802
                                         Hines Law Offices
                                         873 Waverly Street
                                         Framingham, MA 01702
                                         Tel. (508) 872-8000
                                         George@Gnplawfirm.com
                                         January 4, 2024

## CERTIFICATE OF SERVICE

I, George N. Piandes, do hereby certify that I have served a true copy of the foregoing Certification this date to the following parties electronically and/or via first class mail listed on the attached page(s):

/s/ George N. Piandes
George N. Piandes, Esq. BBO#640802
Hines Law Offices
873 Waverly Street
Framingham, MA 01702
Tel. (508) 872-8000
George@Gnplawfirm.com
January 4, 2024

| | | |
|---|---|---|
| | Worcester<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608-2060 | I C System Inc<br>444 Highway 96 East<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Mass.Dept of Revenue<br>Attn:Bankruptcy Unit<br>PO BOX 9564<br>BOSTON MA 02114-9564 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773-9000 | Orlans PC<br>PO Box 540540<br>Waltham, MA 02454-0540 |
| SLM BANK<br>C/O NAVIENT SOLUTIONS,LLC<br>PO BOX 9640<br>WILKES BARRE, PA 18773-9640 | U.S. Bank Trust National Association et al<br>c/o SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Bank Trust, et al<br>c/o SN Servicing Corp.<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Christian C. Agunwamba<br>3 Jasmine Drive<br>Worcester, MA 01605-4000 |
| Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601-6607 | George N. Piandes<br>Hines Law Offices<br>873 Waverly Street<br>Framingham, MA 01702-6812 | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |